OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



02 1R
0006557458     MAR 31 201
MAILED FROM ZIPCODE 787

$ 00.26

**3/26/2015**
**FLORES, PETER**     Tr. Ct. No. D-1-DC-13-203993-A     WR-83,052

. On this day, the application for 11.07 Writ of Habeas Corpus has been recei
and presented to the Court.

Abel Acosta, Cl



PETER FLORES
TRAVIS CO. CORR. CEN. - TDC # 1450331
3614 BILL PRICE RD.
DEL VALLE, TX  78617

U T F

X3AF 3-11-15

78617